UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:15-CR-36 |
| v. ) | (VARLAN/SHIRLEY) |
| ) | |
| ) | |
| LAURA NIX, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the Court pursuant to 28 U.S.C. § 636 on Defendant's Motion to Withdraw Request for Detention Hearing, [Doc. 35], filed on April 30, 2015. Defendant filed a Motion for Detention Hearing, [Doc. 28], on April 20, 2015. A detention hearing was set before the undersigned for May 1, 2015 at 9:30 a.m.

Defendant's **Motion to Withdraw Request for Detention Hearing, [Doc. 35]**, is hereby **GRANTED**. Defendant's Motion for Detention Hearing, [Doc. 28], is withdrawn and the detention hearing set for **May 1, 2015 at 9:30 a.m.** is hereby **CANCELLED.**

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge